UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carrie M. Gray,

    Plaintiff,

v.

Commissioner of Social
Security,

    Defendant.

Case No. 2:10–cv–721
Judge Michael H. Watson
Magistrate Judge E.A. Preston Deavers

## ORDER

This matter is before the Court for consideration of the August 2, 2011 Report and Recommendation of the Magistrate Judge. ECF No. 18. The Magistrate Judge recommended remand of the case for consideration consistent with the Report and Recommendation.

The Report and Recommendation specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Report & Recommendation 27–28, ECF No. 18. No party has objected to the Report and Recommendation, and the time period for doing so has now expired.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge and **REMANDS** this case to the Commissioner for further

consideration consistent with the Report and Recommendation. Plaintiff's request for attorney's fees pursuant to the Equal Access to Justice Act is **DENIED** without prejudice.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**